IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BRUD ROSSMANN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ELAIN DUKE, Acting Secretary of the Department of Homeland Security, et al.,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:17-cv-1227-CW-DBP<br><br>Judge Clark Waddoups<br><br>Magistrate Judge Dustin B. Pead |

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Dustin B. Pead under 28 U.S.C. § 636(b)(1)(B). On July 30, 2018, Judge Pead issued a Report and Recommendation, recommending dismissal under 28 U.S.C. § 1915(e)(2)(B)(i) because the complaint is "frivolous and/or malicious under the IFP Statute." Report & Recommendation, at 4 (ECF No. 6). Plaintiff Brud Rossman did not file an objection. After review of the case, the court hereby APPROVES AND ADOPTS Judge Pead's Report and Recommendation in its entirety. Accordingly, this case is dismissed. Each party shall bear one's own costs.

SO ORDERED this 4th day of September, 2018.

BY THE COURT:

_____
Clark Waddoups
United States District Court Judge